**IN THE UNITED STATES DICTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| CHRISTINE HARDERS, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 3:16-cv-00903-JPG-DGW |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| JOHNSON & JOHNSON; JOHNSON & ) | |
| JOHNSON CONSUMER PRODUCTS, ) | |
| INC., f/k/a JOHNSON & JOHNSON ) | |
| CONSUMER COMPANIES, INC.; and ) | |
| IMERYS TALC AMERICA, INC., f/k/a ) | |
| LUZENAC AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO STAY ALL PROCEEDINGS

Defendants Johnson & Johnson ("J&J") and Johnson & Johnson Consumer Inc., f/k/a

Johnson & Johnson Consumer Companies, Inc. ("JJCI"), (improperly referred to in the

Complaint as Johnson & Johnson Consumer Products, Inc.)[1] (collectively, the "Johnson &

Johnson defendants"), respectfully move this Court to stay all proceedings in this action pending

the likely establishment of MDL No. 2738, *In re Johnson & Johnson Talcum Powder Marketing,*

*Sales Practices and Products Liability Litigation*, which would result in the transfer of this case

for coordinated pretrial proceedings.

As set forth in the accompanying memorandum of law, various plaintiffs have filed a

---

[1]      The Johnson & Johnson Defendants note that Plaintiffs assert claims against "Johnson & Johnson" and an
entity identified as "Johnson & Johnson Consumer Products, Inc."  As noted above, "Johnson & Johnson Consumer
Companies, Inc." is now known as "Johnson & Johnson Consumer Inc.," and Defendants respond accordingly.
Johnson & Johnson Consumer Products, Inc. is not a separately incorporated entity, and it is not a legal entity
responsible for the products at issue in this case.

motion with the Judicial Panel On Multidistrict Litigation ("JPML") to establish an MDL proceeding, and the Johnson & Johnson defendants have submitted a response to the JPML setting forth their agreement that establishment of an MDL proceeding is appropriate. Absent a stay, this Court would waste time supervising pretrial proceedings and making rulings in a case that will likely soon be transferred to an MDL court. Moreover, without a stay, the Johnson & Johnson defendants would be significantly and unfairly prejudiced because they would be required to engage in duplicative discovery and motions practice in jurisdictions around the country. For these reasons, the Johnson & Johnson defendants respectfully request that their motion for stay be granted.

DATED: August 12, 2016     Respectfully submitted,

**HEPLERBROOM LLC**

By: /s/ Beth A. Bauer
  Beth A. Bauer, #6274533
  130 N. Main Street
  PO Box 510
  Edwardsville, IL 62025
  618-307-1200
  bab@heplerbroom.com

<u>**CERTIFICATE OF SERVICE**</u>

  I hereby certify that on this 12th day of August, 2016, a true and correct copy of the foregoing document was served upon the following via the Court's electronic notification system and/or electronic mail:

| | |
|---|---|
| James G. Onder | Ted G. Meadows |
| William W. Blair | Danielle Mason |
| Michael J. Quillin | David Dearing |
| Stephanie Rados | **BEASLEY, ALLEN, CROW,** |
| **ONDER, SHELTON, O'LEARY** | **METHVIN, PORTIS & MILES, P.C.** |
| **& PETERSON, LLC** | 218 Commerce Street |
| 110 E. Lockwood, 2nd Floor | Post Office Box 4160 |
| St. Louis, Missouri 63119 | Montgomery, Alabama 36103 |
| Telephone: (314) 963-9000 | Telephone: (334) 269-2343 |
| Facsimile: (314) 963-1700 | Facsimile: (334) 954-7555 |

onder@onderlaw.com
blair@onderlaw.com
quillin@onderlaw.com
rados@onderlaw.com

ted.meadows@beasleyallen.com
danielle.mason@beasleyallen.com
david.dearing@beasleyallen.com

Timothy W. Porter
Patrick C. Malouf
John T. Givens
**PORTER & MALOUF, PA**
Post Office Box 12768
Jackson, Mississippi 39236
Telephone: (601) 957-1173
Facsimile: (601) 957-7366

R. Allen Smith, Jr.
**THE SMITH LAW FIRM, PLLC**
681 Towne Center Boulevard, Suite B
Ridgeland, Mississippi 39157
Telephone: (601) 952-1422
Facsimile: (601) 952-1426

*Attorneys for Plaintiffs*

Mary Anne Mellow
Mark A. Prost
**SANDBERG PHOENIX & VON GONTARD P.C**.
600 Washington Avenue – 15th Floor
St. Louis, MO 63101
Telephone: 314.446.4226
mmellow@sandbergphoenix.com
mprost@sandbergphoenix.com

*Attorneys for Imerys Talc America, Inc.*

/s/ Beth A. Bauer